USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 08/30/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X
:
UNITED STATES OF AMERICA, :
:
        -against- : 23-CR-324 (VEC)
:
: ORDER
:
DAVID VIRGA, :
                    Defendant. :
:
------------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

      WHEREAS Mr. Virga's sentencing is scheduled for October 25, 2023, at 2:30 P.M., *see* Order, Dkt. 19; and

      WHEREAS that time is no longer convenient for the Court;

      IT IS HEREBY ORDERED that Mr. Virga's sentencing is adjourned from Wednesday, October 25, 2023, at 2:30 P.M. until **Friday, December 1, 2023, at 2:30 P.M.** The deadline for sentencing submissions is extended from Wednesday, October 11, 2023, until **Friday, November 17, 2023**.

**SO ORDERED.**

Date:  August 29, 2023
          New York, NY

                                                    **VALERIE CAPRONI**
                                                    **United States District Judge**