USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/17/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------X

UNITED STATES OF AMERICA,

        -against-

DAVID VIRGA,

               Defendant.

-------------------------------------------------------------------X

23-CR-324 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

    WHEREAS the Court rescheduled Mr. Virga's sentencing for Friday, January 5, 2024, *see* Order, Dkt. 29; and

    IT IS HEREBY ORDERED that Mr. Virga's sentencing will take place on **Friday, January 5, 2024, at 2:30 P.M.**

**SO ORDERED.**

Date: November 17, 2023
New York, NY

                            **VALERIE CAPRONI**
                            **United States District Judge**