# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Barry D. Leiwant
*Interim Executive Director
and Attorney-in-Chief*

**MEMO ENDORSED**

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/2/2024

December 22, 2023

**By ECF and Email**

Honorable Valerie E. Caproni
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

    Re:    <u>United States v. David Virga</u>, 23 Cr. 324 (VEC)

Dear Judge Caproni:

    Pursuant to the Court's individual rules, I write to request permission to file a redacted version of David Virga's sentencing submission on ECF. I am transmitting a copy of the submission with the proposed redactions in highlights by email. They include references to medical treatment and diagnosis and the contact information of friends who wrote letters in Mr. Virga's support. Although I called the government a few minutes ago to seek its position on these redactions, I have not yet heard back. I will inform the Court if I learn that the government takes issue with any of them.

    Thank you for your consideration of this request.

    Respectfully submitted,

    /s/
Ariel Werner
Assistant Federal Defender
(212) 417-8770
Ariel_Werner@fd.org

CC:    AUSA Jaclyn Delligati

Application GRANTED. Having reviewed the proposed redactions, the Court finds that the redactions protect sensitive information related to Mr. Virga's health and the contact information of those who submitted letters on his behalf. Mr. Virga is granted leave to file the redacted sentencing submission at Dkt. 33.

SO ORDERED.

1/2/2024

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE