USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: _1/5/2024____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X
                                                            :
    UNITED STATES OF AMERICA,                               :
                                                            :
                        -against-                           :            23-CR-324 (VEC)
                                                            :
                                                            :                 ORDER
    DAVID VIRGA,                                            :
                                    Defendant.              :
                                                            :
------------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

        IT IS HEREBY ORDERED that Mr. Virga may have his GPS monitor removed on

Friday, January 5, 2024, to allow him to get an MRI over the weekend.

        IT IS FURTHER ORDERED that Mr. Virga must report to Pretrial Services on **Monday,**

**January 8, 2024**, to have the GPS monitor replaced.

**SO ORDERED.**

**Date:  January 5, 2024**                          _____
          **New York, NY**                                   **VALERIE CAPRONI**
                                                     **United States District Judge**