USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/22/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------X
:
UNITED STATES OF AMERICA,                     :
:
        -against-                                 :    23-CR-324 (VEC)
:
:              ORDER
:
DAVID VIRGA,                                       :
                     Defendant.          :
:
-------------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

    WHEREAS on October 8, 2025, the Court received notification that Defendant David Virga, who is currently completing a term of supervised release, remained unemployed.

    IT IS HEREBY ORDERED that Mr. Virga must appear for a status conference on **Friday, November 7, 2025, at 10:45 a.m.** in Courtroom 20C of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York 10007.

**SO ORDERED.**

Date:  October 22, 2025
        New York, NY

                                               **VALERIE CAPRONI**
                                               **United States District Judge**