# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

---

Tamara L. Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

October 27, 2025

**By ECF**
Honorable Valerie E. Caproni
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/28/2025
```

     Re:    <u>United States v. David Virga</u>, 23 Cr. 324 (VEC)

Dear Judge Caproni:

     I write to request a one-month adjournment of the status conference scheduled for Friday, November 7, 2025, at 10:45 a.m. Probation has no objection to this request, and the Government defers to Probation. If the Court is not inclined to adjourn the conference, I respectfully request that it be rescheduled for November 3, November 5 (except 12:00-1:00 p.m.), November 6, or another date convenient to the Court, due to a conflict with undersigned counsel's schedule on November 7.

     By way of background: David Virga was released from prison to a halfway house on May 8, 2025. Less than two weeks later, he broke his ankle and foot and was wheelchair bound for six weeks. He was released from the halfway house on or about June 8 or 9 and was on home confinement until July 10, 2025. Since becoming more mobile in August, Mr. Virga has attended mental health and substance abuse treatment twice each week with Dr. Kessler, the same provider he saw during his term of pretrial supervision. Since around the same time, he has also attended physical therapy for his ankle and foot three times each week. Mr. Virga reports as directed to Probation Officer Alyssa Lopez. He undergoes urinalysis twice a month with Dr. Kessler and at every Probation visit; all UAs have been negative.

     As a result of Mr. Virga's foot and ankle injury, he was initially under a medical order to refrain from work. More recently, he has been approved for light work and has applied unsuccessfully for positions in retail. He currently has a lead on a project management position with a friend's tile company and recently met with a job specialist at Probation. While seeking a permanent role, Mr. Virga has supported himself with rental income.

     Considering Mr. Virga's recent injury and the rest and treatment it necessitated, his obligations to mental health, substance abuse, and physical therapy, and his efforts to find work, I respectfully request that the Court adjourn the November 7 status conference and grant him additional time to find permanent employment. As noted, Probation has no objection to such an adjournment, and the Government defers to Probation. Otherwise, I respectfully request that this matter be reset for November 3, November 5 (except 12:00 – 1:00 p.m.), or November 6.

     Thank you for your consideration of these requests.

Respectfully submitted,

/s/
Ariel Werner
Assistant Federal Defender
(212) 417-8770
Ariel_Werner@fd.org

cc: Jaclyn Delligati, AUSA
Alyssa Lopez, USPO

Application GRANTED.   The status conference will take place on Friday, December 5, 2025, at 10:45 a.m.

SO ORDERED.                               10/28/2025

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE